# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Willie Israel Navarette, | ) | Case Nos. 1:18-mj-185 and 1:18-mj-188 |
| Defendant. | ) | |

The court convened held a preliminary hearing in the above-entitled actions on June 11, 2018. For the reasons articulated on the record, the court finds that there is probable cause to believe that defendant may have violated his supervised release conditions as alleged in a petition filed in the Western District of Texas (Case No. 1:18-mj-185 ) committed the offense charged as charged in Complaint filed in this district (Case No. 1:18-mj-188).

Defendant has waived his right in both cases to detention hearings. Consequently, he has been ordered detained pending a revocation hearing in Case No. 1:18-mj-185 and trial in Case No. 1:18-mj-188. The court will not commit defendant to the Western District of Texas at this time. Rather, defendant is to remain in this district pending further order of the court.

**IT IS SO ORDERED.**

Dated this 12th day of June, 2018.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court